UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


GARRY MCDONOUGH

    v.                               CA 14-036 ML

CAROLYN COLVIN
Commissioner of the Social Security
Administration


## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on November 18, 2014 (Docket #12). No objection has been filed and the time for doing so has passed.

Accordingly, the Court adopts the Report and Recommendation in its entirety. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner (Docket #11) is DENIED and the Plaintiff's Motion to Reverse with a Remand for a Rehearing of the Commissioner's Final Decision (Docket #9) is GRANTED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
December 11, 2014